KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACREMENTO DIVISION

| | |
|---|---|
| LETICIA HARO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　Defendant. | Case # 2:16-CV-01139-AC<br><br>STIPULATED EXTENSION OF TIME |

The parties hereby stipulate by counsel and in accordance with the scheduling order Plaintiff shall have a first extension of time to file Plaintiff's opening brief. Plaintiff's counsel is very unwell and unable to complete the opening brief at this time.  Counsel is a solo practitioner and has no other attorney to help with briefing at this time. Counsel requests a 30-day extension of time to complete the Opening brief. Opening Brief shall now be due on November 27, 2016.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated October 28, 2016:　　　　/s/ Kelsey M Brown
　　　　　　　　　　　　　　　KELSEY MACKENZIE BROWN CA #263109
　　　　　　　　　　　　　　　Mackenzie Legal, PLLC

Page 1　　STIPULATION
　　　　　[2:16-CV-01139-AC]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

                          1003 Whitman  
                          Tacoma, WA 98406  
                          (206) 300-9063  
                          Attorney for Plaintiff

Dated October 28, 2016:        s/ KELSEY M. BROWN for Ben Porter  
                                       BEN PORTER  
                                       (per e-mail authorization)  
                                       Special Assistant U.S. Attorney  
                                       Office of the General Counsel

                                       Of Attorneys for Defendant

## ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's opening brief is now due on November 27, 2016. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED this 2nd day of November 2016.

*/s/ Allison Claire*  
ALLISON CLAIRE  
UNITED STATES MAGISTRATE JUDGE

Page 2    STIPULATION  
[2:16-CV-01139-AC]

Mackenzie Legal, PLLC  
1003 Whitman Street  
Tacoma, WA 98406  
(206) 300-9063