1  KELSEY BROWN, CA #263109
2  Mackenzie Legal, PLLC
   1003 Whitman Street
3  Tacoma, WA 98406

4  Phone: (206) 300-9063
   Email: kelsey@mackenzielegal.com
5
   Attorney for Plaintiff
6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9                    SACRAMENTO DIVISION

10

| | |
|---|---|
| 11  LETICIA HARO, | |
| 12       Plaintiff, | Case # 2:16-CV-01139-AC |
| 13    vs. | STIPULATED EXTENSION OF TIME |
| 14  COMMISSIONER OF SOCIAL SECURITY | |
| 15       Defendant. | |

16    The parties hereby stipulate by counsel and in accordance with the scheduling order

17 Plaintiff shall have a first extension of time to file Plaintiff's opening brief. Plaintiff's counsel is

18 sick with the flu and unable to complete the opening brief at this time.  Counsel is a solo

19 practitioner and has no other attorney to help with briefing at this time. Counsel requests a brief

20 5-day extension of time to complete the Opening brief. Opening Brief shall now be due on

21 December 2, 2016.

22    The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

23 Dated November 28, 2016:        /s/ Kelsey M Brown

Page 1    STIPULATION                                    Mackenzie Legal, PLLC
          [2:16-CV-01139-AC]                             1003 Whitman Street
                                                         Tacoma, WA 98406
                                                         (206) 300-9063

KELSEY MACKENZIE BROWN CA #263109
Mackenzie Legal, PLLC
1003 Whitman
Tacoma, WA 98406
(206) 300-9063
Attorney for Plaintiff

Dated November 28, 2016:   s/ KELSEY M. BROWN for Ben Porter
BEN PORTER
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

## ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's opening brief is now due on December 2, 2016. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED , *nunc pro tunc,* this 7th day of December 2016.

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Page 2    STIPULATION
         [2:16-CV-01139-AC]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063